1 | Tomas A. Guterres, Esq. (State Bar No. 152729)
2 | Chandler A. Parker, Esq. (State Bar No. 277902)
  | COLLINS + COLLINS LLP
3 | 790 E. Colorado Boulevard, Suite 600
4 | Pasadena, CA 91101
  | Email: Tguterres@ccmslaw.com
5 | Email: Cparker@ccmslaw.com
6 | (626) 243-1100 – FAX (626) 243-1111

FILED
CLERK, U.S. DISTRICT COURT
8/19/21
CENTRAL DISTRICT OF CALIFORNIA
BY: ____WH____ DEPUTY

LINK 58

7 | Attorneys for Defendants,
8 | **COUNTY OF LOS ANGELES, DEPUTY J. SANDOVAL, DEPUTY C. ADAMS** and **DEPUTY J. FERNANDEZ**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORRELL SLAUGHTER, an individual, | CASE NO.: 2:20-CV-00393-PSG-JPR |
| | *[Assigned to Judge Philip S. Gutierrez, Courtroom 6A]* |
| Plaintiff, | |
| vs. | [~~PROPOSED~~] FINAL JUDGMENT |
| DEPUTY S. FERNANDEZ, an individual and Deputy of the Los Angeles Sheriff's Department; DEPUTY J. SANDOVAL, , an individual and Deputy of the Los Angeles Sheriff's Department; DEPUTY C. ADAMS, an individual and Deputy of the Los Angeles Sheriff's Department; DEPUTY J. FERNANDEZ, an individual and Deputy of the Los Angeles Sheriff's Department; COUNTY OF LOS ANGELES, a public entity; and DOES 1 to 20, | |
| Defendants. | |

22325

1

[PROPOSED] FINAL JUDGMENT

1  On August 3, 2021, this Court entered an order granting a motion for summary judgment
2  and dismissing all claims by Plaintiff DORRELL SLAUGHTER. (Dkt. 57). The
3  evidence presented having been fully considered, the issues having been duly heard and
4  a decision having been duly rendered, **IT IS ORDERED AND ADJUDGED** that
5  Plaintiff DORRELL SLAUGHTER take nothing, that the action be dismissed on the
6  merits, and that Defendants recover their costs.

IT IS SO ORDERED.

DATED: 8/19/21

_____
HON. PHILLIP S. GUTIERREZ
JUDGE OF UNITED STATES DISTRICT COURT

22325

2

[PROPOSED] FINAL JUDGMENT