## SETTLEMENT AND RELEASE AGREEMENT

This Stipulation for settlement is entered by and between Plaintiff DORRELL SLAUGHTER ("Plaintiff") and Defendants COUNTY OF LOS ANGELES ("County"), DEPUTY J. SANDOVAL ("Dep. Sandoval"), DEPUTY C. ADAMS ("Dep. Adams") and DEPUTY S. FERNANDEZ ("Dep. Fernandez"), along with any of their respective agents, employees, representatives, attorneys and assigns (hereinafter collectively "Defendants"), in connection with Plaintiff's civil action entitled *Dorrell Slaughter v. County of Los Angeles, et al.*, Case No. 2 2:20-CV-00393-PSG-JPR ("the Action").

## RECITALS

1. On August 3, 2021, the Court granted Defendants' motion for summary judgment in the Action and closed the case. (Dkt. 57).

2. On August 18, 2021, Defendants filed an application to tax costs in the Action in the amount of 1,082.45. (Dkt. 58).

3. On August 20, 2021, the Court entered final judgment in favor of Defendants and against Plaintiff. The final judgment entitles Defendants to recover their costs. (Dkt. 61).

4. In exchange for Defendants' withdrawal of the application to tax costs in the Action and waiver of any entitlement to payment by Plaintiff of any or all costs and attorney's fees incurred by Defendants in the Action, Plaintiff waives any and all rights to appeal from the final judgment entered in the Action or the order granting Defendants' motion for summary judgment in the Action.

5. Likewise, in exchange for Plaintiff waiving any and all rights to appeal from the final judgment entered in the Action or the order granting Defendants' motion for summary judgment in the Action, Defendants agree to withdraw their application to tax costs in the Action and waive any entitlement to payment by Plaintiff of any or all costs and attorney's fees incurred by Defendants in the Action.

6. The parties warrant that no other promises or inducements have been offered except as expressly set forth herein. Each party further warrants that the decision to enter this Agreement was made freely without force or duress and that each party is fully aware of all legal and other ramifications of such a decision.

7. A signed copy of this Agreement transmitted by facsimile, email or other means of electronic transmission shall be deemed to have the same legal effect as delivery of an original executed copy of this Agreement for all purposes.

The parties freely and voluntarily agree to the above terms.

DocuSigned by:

/s/ *[signature]*
A94C37BA6A0C4DB...
Plaintiff, DORRELL SLAUGHTER

Dated: 9/3/2021

_____
For Defendants:

Dated: _____